1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NORMAN JOHN CRAIG,                      No.  2:22-cv-0200 AC P

12                      Petitioner,

13          v.                                ORDER

14    CINDY BLACK, et al.,

15                      Respondent.

16

17          Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21    a request to proceed in forma pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    ////

28    ////

                                          1

1       2.  The Clerk of Court is directed to send petitioner a copy of the in forma pauperis form

2   used by this district.

3   DATED: February 9, 2022

4   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE